of Buffalo, N. Y., as *amicus curiae.*

No. 72. BROAD-GRACE ARCADE CORP. *v.* BRIGHT, MAYOR, ET AL. Argued November 30, December 1, 1931. Decided December 7, 1931. *Per Curiam:* The order denying an interlocutory injunction is affirmed (*Alabama* v. *United States,* 279 U. S. 229, 231; *United Fuel Gas Co.* v. *Public Service. Commission,* 278 U. S. 322, 326; *National Fire Insurance Co.* v. *Thompson,* 281 U. S. 331, 338), but without prejudice to the power and duty of the District Court, as specially constituted, to inquire and determine whether the court has jurisdiction (Judicial Code, § 37; U. S. Code, Title 28, § 80) both in relation to the amount involved in the controversy (*Chase* v. *Wetzler,* 225 U. S. 79, 85, 86; *North Pacific Steamship Co.* v. *Soley,* 257 U. S. 216, 221), and with respect to the right of the complainant to maintain this suit in equity (*Fenner* v. *Boykin,* 271 U. S. 240, 243, 244; *Cline* v. *Frink Dairy Co.,* 274 U. S. 445, 451–453). *Mr. Andrew D. Christian* for appellant. *Mr. Collins Denny, Jr.,* with whom *Messrs. John R. Saunders,* Attorney General of Virginia, and *Edwin H. Gibson* were on the brief, for appellees.

No. 77. CHAPEL STATE THEATRE CO. *v.* HOOPER. Argued December 1, 1931. Decided December 7, 1931. *Per Curiam:* Judgment affirmed. *Great Southern Fireproof Hotel Co.* v. *Jones,* 193 U. S. 632. *Mr. Albert D. Cash,* with whom *Mr. Levi Cooke* was on the brief, for appellant. *Mr. R. M. Lucas* was on the brief for appellee.